IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRANDON GIBBS** | **CIVIL ACTION NO. 22-72** |
| **VERSUS** | |
| **TRISURA SPECIALTY INSURANCE COMPANY, ROLLING TRUCKS, LLC and JOSE ROCHA** | **JURY DEMAND** |

## PLAINTIFF'S ORIGINAL COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, **Brandon Gibbs**, who respectfully represents as follows:

## PARTIES

1.

Plaintiff, **Brandon Gibbs**, is a person of the full legal age of majority, domiciled in the Parish of Tangipahoa, State of Louisiana.

2.

Made defendants herein are:

a) **Trisura Specialty Insurance Company**, a foreign insurer, incorporated and having its principal place of business in the State of Oklahoma. Its principal place of business is located at 210 Park Avenue, Suite 1400, Oklahoma City, OK 73102-5636, and it is authorized to do and doing business in the State of Louisiana;

b) **Rolling Trucks, LLC,** a foreign limited liability company having its principal place of business in Laredo, Texas, and not authorized to do business in the State of Louisiana. Rolling Trucks, LLC's sole member is Maricela Gamboa, domiciled in Laredo, Texas; and

1

c) **Jose Rocha,** a person of the full age of majority domiciled in Laredo, Texas.

## JURISDICTION AND VENUE

3.

This Court has jurisdiction over this dispute pursuant to 28 U.S.C. §1332 because Plaintiff is diverse in citizenship from all of the defendants, and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

4.

Pursuant to 28 U.S.C. §1391(b)(2), venue is proper in this Court because a substantial part of the events or omissions giving rise to the claims occurred in the Parish of Livingston, Louisiana, within the Middle District of Louisiana.

## FACTUAL BACKGROUND

5.

On or about August 17, 2021, plaintiff, Brandon Gibbs, was operating a 2003 Lincoln Town Car westbound on Interstate 12, east of LA 43, in the right lane in Livingston Parish, State of Louisiana.

6.

Defendant, Jose Rocha, was driving a 2013 Freightline Tractor and trailer, owned by Rolling Trucks, LLC, and insured by Trisura Specialty Insurance Company, westbound on Interstate 12, east of LA 43, in the left lane.

7.

Defendant, Jose Rocha, who was driving a commercial truck, was not paying close enough attention to what he was doing and negligently changed lanes and crashed into the left rear side of

the 2002 Lincoln Town Car.

8.

As a result of the severe crash, plaintiff, Brandon Gibbs, was thrust violently about the vehicle and sustained personal injuries.

## DEFENDANT JOSE ROCHA

9.

The accident was caused solely by the negligence and/or fault of Jose Rocha, in the following non-exclusive particulars:

a) Failing to maintain control of and carelessly operating his vehicle;
b) Being inattentive and failing to see what he should have seen;
c) Failing to yield when changing lanes;
d) Failing to follow the traffic ordinances of the Parish of Livingston, State of Louisiana;
e) Failing to act reasonably to avoid the accident; and
f) Failing to take evasive measures to avoid striking vehicles that were lawfully occupying the roadway on the lane on the side of him.

## DEFENDANT ROLLING TRUCKS, LLC

10.

At the time of the accident, the 2013 Freightliner Tractor and trailer was being operated by Jose Rocha while Rocha: (a) was in the course and scope of his employment with Rolling Trucks, LLC; (b) while Rocha and Rolling Trucks, LLC were insured by Trisura Specialty Insurance Company; (c) and while Rocha was a permissive driver and authorized user of the 2013 Freightliner Tractor and trailer.

11.

Defendant, Rolling Trucks, LLC, as employer, is liable: (a) for the actions of its employee, Jose Rocha, who was acting in the course and scope of his employment at the time of the accident;

and (b) Rolling Trucks, LLC is guilty of independent negligence for failing to properly train and supervise its employee-driver, Jose Rocha.

## DEFENDANT TRISURA SPECIALTY INSURANCE COMPANY

12.

At all times pertinent hereto, (a) Trisura Specialty Insurance Company had in full force and effect a policy of liability insurance issued to Rolling Trucks, LLC that provided coverage for the liability and damages arising from this collision, rendering Trisura Specialty Insurance Company liable *in solido* or jointly to plaintiff for all damages he has sustained, and (b) there are no exclusions or limitations that would preclude or vitiate coverage for plaintiff's damages.

## DAMAGES

13.

Plaintiff, Brandon Gibbs, itemizes his damages as follows and sues for amounts as are reasonable in the premises:

a) Physical injury and impairment of function;
b) Pain and suffering - past, present, and future;
c) Mental anguish - past, present, and future;
d) Loss of enjoyment of life - past, present, and future;
e) Loss of Wages and impairment of future earning capacity;
f) Permanent disability;
g) Doctor, medical, hospital, and pharmaceutical expenses - past, present and future; and
h) Damage and loss of value to the vehicle and other personal property.

14.

Plaintiff's damages exceed $75,000, exclusive of interest and costs, the minimum jurisdictional amount for claims brought pursuant to diversity of citizenship of this Court.

15.

Plaintiff prays for a trial by jury.

WHEREFORE, PLAINTIFF PRAYS for judgment in his favor and against defendants in a reasonable amount in the premises, plus legal interest thereon from date of judicial demand until paid, for all costs of these proceedings, and all other general and equitable relief as allowed by law.

By attorneys:

　　*/s/ Darrel J. Papillion*
Darrel J. Papillion (#23243)
Jennifer Wise Moroux (#31368)
Renee C. Crasto (#31657)
**WALTERS, PAPILLION, THOMAS, CULLENS, LLC**
12345 Perkins Road, Building One
Baton Rouge, LA 70810
Phone: (225) 236-3636
Fax: (225) 236-3650
Email: Papillion@lawbr.net
　　　moroux@lawbr.net
　　　crasto@lawbr.net

-And-

**PARKER LAYRISSON LAW FIRM**
J. Parker Layrisson (Bar Roll No. 28120)
Meghan E. Notariano (Bar Roll No. 37248)
P.O. Box 1860
200 E. Hickory Street
Ponchatoula, LA 70454
Phone: (985) 467-9525
Fax:    (985) 247-8214
parker@layrisson.com
meghan@layrisson.com
file@layrisson.com

*Counsel for Plaintiff Brandon Gibbs*